# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2645

_____

Christie N. Schneider,        *

            *

       Appellant,       *

            *    Appeal from the United States

      v.               *    District Court for the

            *    Eastern District of Missouri.

Sullivan College; A. R. Sullivan;    *

Stephen Coppeck; Greg Cawthorn;   *    [UNPUBLISHED]

James M. Kearfoit; Sullivan University, *

formerly known as Sullivan College,   *

            *

       Appellees.       *

_____

Submitted: October 6, 2006
Filed: October 12, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Christie N. Schneider appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. Having carefully reviewed the record and considered the parties' arguments, we agree with the district court that

_____

[1]The Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Schneider failed to create any trialworthy issues as to whether she filed a valid Equal Employment Opportunity Commission charge related to her Title VII claim, or whether her Missouri Human Rights Act claim was timely.[2] See Torres v. UNUM Life Ins. Co. of Am., 405 F.3d 670, 677 (8th Cir. 2005) (de novo standard of review). To the extent she is challenging the denial of her motion for reconsideration--construed as a motion under Federal Rule of Civil Procedure 59(e)--we find no abuse of discretion. See Perkins v. U.S. West Communications, 138 F.3d 336, 340 (8th Cir. 1998) (standard of review).

      Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[2]Schneider has waived her other claims, see Watson v. O'Neill, 365 F.3d 609, 614 n.4 (8th Cir. 2004); and we decline to address her newly raised claim under the Americans with Disabilities Act, see Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004).